SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JAY T. RAMSEY, Cal. Bar. No. 273160
jramsey@sheppardmullin.com
1901 Avenue of the Stars, Suite 1600
Los Angeles, California  90067-6055
Telephone:  310-228-3700
Facsimile:  310-228-3701

Attorneys for Defendant
CLICKSPARK, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN IVEY, an individual, and RONNIESSA TOLEFREE, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>        v.<br><br>CLICKSPARK, LLC, a New York Limited Liability Company; and DOE INDIVIDUALS, inclusive, and each of them,<br><br>        Defendants. | Case No.: 2:18-CV-00525-KJM-KLN<br><br>*Honorable Kimberly J. Mueller*<br><br>CLASS ACTION<br><br>**STIPULATION OF VOLUNTARY DISMISSAL**<br><br>[Complaint Filed: March 9, 2018] |

Plaintiffs Megan Ivey and Ronniessa Tolefree and Defendant Clickspark, LLC, by and through their respective undersigned counsel of record, hereby stipulate, consent and agree that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this entire action is dismissed in its entirety and with prejudice as to Megan Ivey's and Ronniessa Tolefree's individual claims against Clickspark, LLC, and without prejudice as to the claims of the putative class members, with each party to bear its own costs.

Dated:  August 23, 2018        KRISTENSEN WEISBERG, LLP

                               By     */s/ John P. Kristensen*
                                      JOHN P. KRISTENSEN

                               Attorneys for Plaintiffs
                               MEGAN IVEY and RONNIESSA TOLEFREE

Dated:  August 23, 2018        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By     */s/ Jay T. Ramsey*
                                      JAY T. RAMSEY

                               Attorneys for Defendant
                               CLICKSPARK, LLC

-1-

SMRH:486131414.1                              STIPULATION OF VOLUNTARY DISMISSAL